**Order filed February 1, 2022**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-21-00698-CV

———————

### AWESTRUCK GROUP LLC AND OLASUNKANMI EZEKIEL AWE, Appellants

### V.

### AMOS FINANCIAL LLC, Appellee

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-281115**

---

## O R D E R

The notice of appeal in this case was filed December 6, 2021. Appellants have not paid the filing fee of $205.00, and they were notified that they had not paid the filing fee on December 17, 2021. In a similar vein, the clerk responsible for preparing the record notified this court that appellants had not made payment for the clerk's record. No evidence that appellants have established indigence or are otherwise excused by statute or the Texas Rules of Appellate Procedure from paying fees or costs has been filed. *See* Tex. R. App. P. 5; Tex. R. Civ. P. 145. On January 11, 2022, this court notified appellants that the appeal was subject to dismissal unless they filed a response with proof of payment for the clerk's record. No response was filed. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before February 16, 2022. Appellants are further ordered to demonstrate to this court that they have made arrangements to pay for the clerk's record on or before February 16, 2022. *See* Tex. R. App. P. 35.3(c). Failure to fulfill either of these requirements will result in dismissal of this appeal. *See* Tex. R. App. P. 5, 37.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.